

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Thane Charman, individual

**Plaintiff,**

V.

Hammeet Sethi, An Individual; Does 1 through 10, Inclusive, And Each Of Them

**Defendant.**

FILED
11/17/2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: C. Lam, Deputy

Civil No. 23cv2046-WQH-JLB

**STRICKEN DOCUMENT:**

AMENDED COMPLAINT

**Per Order #     7**

5