SEE PAGE 2

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 23-CV-2046-WQH-JLB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>HAMEET SETHI</u> was received by me on *(date)* <u>Dec 1, 2023, 12:03 pm</u>.

[X] I personally served the summons on the individual at *(place)* <u>5713 WEST LEIBER PLACE, GLENDALE, AZ 85310</u> on *(date)* <u>Sun, Dec 03 2023</u> ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the subpoena unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ <u>206.05</u> for travel and $ <u>0.00</u> for services, for a total of $ <u>206.05</u>.

I declare under penalty of perjury that this information is true.

Date: 12/04/2023

*Server's signature*

KEONDRE CASH

*Printed name and title*

MAKE 'EM PAY LLC P.O. BOX 2708 LOS ANGELES, CA 90078

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 3, 2023, 5:44 pm MST at HOME: 5713 WEST LEIBER PLACE, GLENDALE, AZ 85310 received by HAMEET SETHI. Age: 40-50; Gender: Male; Weight: 200; Height: 5'7"; Hair: Blond; Eyes: Blue;
I knocked on the door and/or rang the doorbell and waited. The person answered the door and I asked for the Recipient. The Recipient or Person whom I made contact with accepted the papers.

**Documents Served:** AO 441 Summons in a Civil Action (Amended), Complaint, JS-44 Civil Cover Sheet (Received Dec 1, 2023 at 12:03pm PST)