# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF E-FILED DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER: | 23-cv-02046-WQH-JLB |
| TITLE: | Charman v. Sethi, et al. |
| E-FILED DATE: 1/25/2024 | DOCUMENT NO.: 13 |
| DOCUMENT TITLE: | Joint Discovery Plan |
| DOCUMENT FILED BY: | Plaintiff Thane Charman |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

A joint discovery plan must be filed jointly by the parties. *See* CivLR 2.1.b; ECF No. 12 ¶ 8. As the joint discovery plan is due January 29, 2024 (*see* ECF No. 12 ¶ 8), any *ex parte* filing advising the Court of another party's non-compliance is premature.

To the extent Plaintiff intended the filing to be Joint Discovery Statement, pursuant to § V.B.1 of Judge Burkhardt's Civil Chambers Rules, parties unable to resolve a discovery dispute through the meet and confer process shall "[l]odge a Joint Discovery Statement with the Court," not file the Statement on the docket.

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document is accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| ☒ | The document is rejected. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: January 26, 2024

*Jill Burkhardt*

Chambers of the Honorable
Jill L. Burkhardt