UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HAMMEET SETHI, et al.,<br><br>　　　　Defendants. | Case No.:  23-cv-02046-WQH-JLB<br><br>**ORDER TO SHOW CAUSE** |

On January 2, 2024, the Court issued a Notice and Order Setting Early Neutral Evaluation ("ENE") and Case Management Conferences ("CMC"), which set an ENE and CMC before the undersigned judge to be held by ZoomGov video conference on February 8, 2024, at 1:45 PM.  (ECF No. 12.)  The parties were further advised that, "**Failure to appear at the ENE will be grounds for sanctions**."  (*Id.* ¶ 2 (bold in original).)  In addition to attending the ENE, the parties were required to lodge confidential ENE statements with Judge Burkhardt's chambers via email and to file a joint discovery plan no later than January 29, 2024.  (*Id.* ¶¶ 4, 8.)

///

Defendant did not lodge an ENE statement by the deadline. Because Defendant did not lodge an ENE statement by the initial deadline, the Court issued a Minute Order directing Defendant to lodge his ENE statement no later than February 5, 2024. (ECF No. 15.) The Court sent Defendant a copy of the Minute Order by U.S. Mail and email.[1] (*Id.*) Defendant did not lodge an ENE statement by the secondary deadline. On February 8, 2024, a ZoomGov invitation was sent to Defendant's email address.

On February 8, 2024, at 1:45 PM, the Court initiated the ENE on ZoomGov. (ECF No. 16.) Plaintiff timely appeared, but Defendant did not. (*Id.*) The Court waited fifteen minutes for Defendant to join the ENE. (*Id.*) Defendant did not join the video conference. (*Id.*)

Accordingly, the Court **ORDERS** as follows:

1. Defendant shall show cause in a written declaration why he failed to comply with the Court's January 2, 2024 order requiring him to appear at the February 8, 2024 ENE and why sanctions[2] should not issue against him for his noncompliance. Defendant shall file his declaration with the Clerk's Office no later than **February 22, 2024**.

2. A show cause hearing shall be held on **February 29, 2024**, at **11:30 AM** before Judge Burkhardt in Courtroom 5A, Edward J. Schwartz U.S. Courthouse, 221 West Broadway, San Diego, California 92101. Defendant shall appear in person at the hearing. Plaintiff may, but need not, appear.

///

///

---

[1] Although Defendant, who is proceeding *pro se*, does not have CM/ECF filing privileges, he included his email address in the caption of his answer. (*See* ECF No. 11 at 1.)

[2] CivLR 83.1; *see also F.J. Hanshaw Enters. v. Emerald River Dev., Inc.*, 244 F.3d 1128, 1136 (9th Cir. 2001) ("All federal courts are vested with inherent powers enabling them to manage their cases and courtrooms effectively and to ensure obedience to their orders. . . . As a function of this power, courts can . . . award attorney's fees and assess fines.").

3. Failure to comply with this Order to Show Cause may result in the imposition of additional sanctions.

**IT IS SO ORDERED.**

Dated: February 9, 2024

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge