UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, an individual,<br><br>                             Plaintiff,<br><br>v.<br><br>HAMEET SETHI, an individual,<br><br>                             Defendant. | Case No.:  3:23-cv-2046-WQH-JLB<br><br>**ORDER** |

HAYES, Judge:

    On November 6, 2023, Plaintiff Thane Charman ("Plaintiff") initiated this action by filing a Complaint against Defendant Hameet Sethi ("Defendant"). (ECF No. 1.) On November 17, 2023, Plaintiff filed the operative First Amended Complaint. (ECF No. 6.)

    On December 26, 2023, Defendant filed an Answer to the Complaint. (ECF No. 11.) The docket reflects that Defendant has not made any filings or appearances since he filed the Answer.

    On July 18, 2024, Plaintiff filed a Request to Enter Default Against Defendant Hameet Sethi (ECF No. 23), asserting that Defendant had "failed to appear, plead, or otherwise defend within the time allowed and therefore, [was] now in default." (ECF No. 23 at 4.)

On July 22, 2024, the Clerk of the Court entered default against Defendant Hameet Sethi (the "Clerk's Entry of Default"). (ECF No. 24.)

On August 28, 2024, Plaintiff filed a Motion to Set Aside Clerk's Entry of Default and File a Second Amended Complaint ("Plaintiff's Motion"). (ECF No. 25.)

On November 14, 2024, this Court issued an Order (ECF No. 27) granting Plaintiff's Motion, setting aside the Clerk's Entry of Default, and directing Plaintiff to "file the Second Amended Complaint no later than fourteen (14) days from the entry of the Order." *Id.* at 3.

IT IS HEREBY ORDERED that Plaintiff shall file a status report within fourteen (14) days indicating whether he intends to proceed with the operative First Amended Complaint or intends to show cause for his failure to timely comply with the Court's Order directing Plaintiff to file the Second Amended Complaint (ECF No. 27). Failure to provide the Court with a status report may result in the dismissal of this case.

Dated: January 8, 2025

Hon. William Q. Hayes
United States District Court