UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, an individual,<br><br>                                    Plaintiff,<br><br>v.<br><br>HAMEET SETHI, an individual,<br><br>                                    Defendant. | Case No.:  3:23-cv-2046-WQH-JLB<br><br>**ORDER** |

HAYES, Judge:

On January 8, 2025, the Court issued an Order (the "January 8th Order") directing Plaintiff Thane Charman ("Plaintiff") to:

> file a status report within fourteen (14) days indicating whether he intends to proceed with the operative First Amended Complaint or intends to show cause for his failure to timely comply with the Court's Order directing Plaintiff to file the Second Amended Complaint (ECF No. 27).

(ECF No. 28 at 2.)

On January 22, 2025, Plaintiff filed the Second Amended Complaint ("SAC"). (ECF No. 29.)

1

1  IT IS HEREBY ORDERED that the SAC (ECF No. 29) is now the operative complaint in this matter. Defendant Hameet Sethi shall file a responsive pleading to the SAC within fourteen (14) days of this Order's issuance.

Dated: January 27, 2025

*/s/ William Q. Hayes*
Hon. William Q. Hayes
United States District Court