UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, an individual,<br><br>                        Plaintiff,<br><br>v.<br><br>HAMEET SETHI, an individual,<br><br>                        Defendant. | Case No.: 3:23-cv-2046-WQH-JLB<br><br>**ORDER** |

HAYES, Judge:

    On January 22, 2025, Plaintiff Thane Charman ("Plaintiff") filed the operative Second Amended Complaint against Defendant Hameet Sethi ("Defendant"). (ECF No. 29.)

    On February 21, 2025, Defendant filed a Motion to Dismiss Plaintiff's Complaint (the "Motion to Dismiss"). (ECF No. 31.) Defendant's Motion to Dismiss fails to include a hearing date as required under the Civil Local Rules and Chambers' Rules. *See* S.D. Cal. CivLR 7.1.b, 7.1.e.1., 7.1.f.1.; Honorable William Q. Hayes United States District Judge Civil Pretrial & Trial Procedures at 2.

IT IS HEREBY ORDERED that any response to the Motion to Dismiss (ECF No. 31) shall be filed on or before **March 12, 2025**. Any reply may be filed on or before **March 26, 2025**. There will be no oral argument unless requested by the Court.

Dated: February 26, 2025

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court