Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>Plaintiff,<br><br>v.<br><br>HAMEET SETHI., An Individual;<br><br>Defendants, | Civil Case No.: 23-cv-2046-WQH-JLB<br><br>**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br>**Judge: Hon. William Q. Hayes**<br><br>**As Per (ECF No.32) No hearing date is scheduled**<br><br>**No oral arguments unless requested by the Court** |

PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

# PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

COMES NOW Plaintiff Thane Charman with his response to Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint ("SAC"), and will allege and show as follows:

## I.  Introduction

This case comes about because Defendants sent unauthorized telemarketing text messages to Plaintiff in violation of the Telephone Consumer Protection Act ("TCPA").

## II.  Factual Background

Plaintiff filed his Second Amended Compliant on January 22, 2025 (ECF No. 29). Defendant Hameet Sethi ("Sethi") filed a Motion to Dismiss (MTD) Plaintiff's Second Amended Complaint on February 21, 2025 (ECF No.31).

## III.  Arguments

### A. PLAINTIFF HAS STANDING

Plaintiff registered his cell phone on the National Do Not Call Registry (DNC Registry) in May 2018. SAC ¶ 30. Consumers who have registered their cell phones to National and State Do Not Call Registries have been presumed to have DNC protections under the TCPA § 227(c) if they use their phones for residential purposes. Plaintiff uses his phone for residential purposes. SAC ¶ 57. Therefore, Plaintiff suffered harm when unwanted text messages came to his phone, giving Plaintiff standing to bring this Action.

### B. THIS COURT HAS JURISDICTION OVER DEFENDANT

Defendant purposefully sent text messages to Plaintiff's cell phone which has a 619 San Diego, California area code. SAC ¶ 5. Defendant purposefully conducted business in this Jurisdiction.

### C. PLAINTIFF STATES A CLAIM

a. Plaintiff Adequately Alleges an ATDS

Plaintiff has not had the benefit of discovery and therefore, has not inspected the system used to send Plaintiff text messages. However, Plaintiff has offered enough evidence for the Court to conclude that it is plausible that the text messages were sent using an ATDS. Plaintiff had never been a customer of Defendant and had no reason to have Plaintiff's phone number in a database. SAC § 43. The text messages were impersonal, sent from multiple phone numbers, and not addressed to Plaintiff. SAC § 48. Had the text messages been dialed direct then the text messages likely would have been directed to, and personalize for, Plaintiff. At minimum, this is a fact dispute that should be resolved after discovery.

b. Plaintiff Did Not Consent to the Text Messages

Plaintiff did not consent to the text messages. SAC § 49. Defendant has offered no evidence it had Plaintiff's consent to send the text messages.

c. Plaintiff Suffered Damages

PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Plaintiff had his privacy trespassed upon. SAC § 54. Plaintiff had his seclusion. SAC § 55. Plaintiff suffered reduced device storage, reduced data plan usage, anger, frustration, and in invasion of privacy. SAC § 56.

### D. CONCLUSION

For the reasons discussed above, Plaintiff respectfully requests that the Court deny Defendant Sethi's Motion to Dismiss in its entirety. Alternatively, should the Court decide sufficient facts have not been alleged by Plaintiff to establish jurisdiction, Plaintiff requests the Court transfer Venue to the District of Arizona.

Dated: March 12, 2025          Respectfully submitted,


By: /s/ *Thane Charman*

THANE CHARMAN
*Plaintiff, Pro Se*

PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

I hereby certify that on March 12, 2025. I caused a true copy of this plaintiff's response in opposition to defendants' motion to dismiss plaintiff's amended complaint be served via USPS mail to Defendant Hameet Sethi at 5713 W Leiber Pl Glendale, AZ 85310.

Dated: March 12, 2025        Respectfully submitted,

By: /s/ *Thane Charman*

THANE CHARMAN
*Plaintiff, Pro Se*

PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT