UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, an individual,<br><br>                      Plaintiff,<br><br>v.<br><br>HAMEET SETHI, an individual,<br><br>                      Defendant. | Case No.: 3:23-cv-2046-WQH-JLB<br><br>**ORDER** |

HAYES, Judge:

    On January 22, 2025, Plaintiff Thane Charman ("Plaintiff"), proceeding pro se, filed the operative Second Amended Complaint ("SAC") against Defendant Hameet Sethi ("Defendant"), asserting violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227(b)(1)(A)(iii). (ECF No. 29.)

    On February 21, 2025, Defendant filed a Motion to Dismiss Plaintiff's Complaint ("Motion to Dismiss SAC"). (ECF No. 31.) On March 12, 2025, Plaintiff filed a Response in Opposition to the Motion to Dismiss SAC. (ECF No. 33.)

    On May 27, 2025, the Court issued an Order denying Defendant's Motion to Dismiss SAC and ordering Defendant to "file an answer to the SAC no later than twenty-one (21) days from the date this Order is issued." (ECF No. 34 at 6.) The docket reflects that Defendant has not filed an answer to the SAC.

On September 16, 2025, Plaintiff filed a Request for Clerk's Entry of Default pursuant to Federal Rule of Civil Procedure 55(a). (ECF No. 35.) On October 22, 2025, the Clerk of Court entered Default against Defendant. (ECF No. 36.)

The docket reflects that Plaintiff has not filed a motion for default judgment against Defendant pursuant to Federal Rule of Civil Procedure 55(b).

Local Civil Rule 55.1 provides: "If plaintiff(s) fail(s) to move for default judgment within thirty (30) days of the entry of default, the clerk will prepare, with notice, an order to show cause why the complaint against the defaulted party should not be dismissed." S.D. Cal. Civ. L.R. 55.1.

Plaintiff is HEREBY ORDERED TO SHOW CAUSE as to why the claims against Defendant should not be dismissed pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.1. Plaintiff shall file a response to this Order no later than fourteen (14) days from the date this Order is filed. If Plaintiff does not file a response, the Court will dismiss Plaintiff's claims against Defendant without prejudice.

Dated: December 1, 2025

Hon. William Q. Hayes
United States District Court