Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, an individual,<br><br>　　　　　*Plaintiff*,<br><br>　　vs.<br><br>HAMEET SETHI., An Individual; Does 1 Through 10, Inclusive, And Each Of Them ,<br><br>　　　　　Defendants, | Civil Case No.: 23-cv-2046-WQH-JLB<br><br>**PLAINTIFF THANE CHARMAN's RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Judge: Hon. William Q. Hayes<br>Hearing Date: January 21, 2026<br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**Part One:**

Plaintiff Thane Charman response to Court order (ECF No. 37) to show cause as to why Plaintiff has not filed a motion for default judgment against Defendant pursuant to federal rule of Civil Procedure 55(b).

RESPONSE TO ORDER TO SHOW CAUSE

**Background:** On September 16, 2025, Plaintiff filed a Request for Clerk's Entry of Default pursuant to Federal Rule of Civil Procedure 55(a). (ECF No. 35.) On October 22, 2025, the Clerk of Court entered Default against Defendant. (ECF No. 36.) Plaintiff failed to file motion for default judgment within thirty (30) days of entry of default. On December 1, 2025 the courts issued an Order to Show Cause as to why Plaintiff's claims should not be dismissed pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.1 (ECF No. 37).

**Legal Arguments:** Under Fed.R.Civ.6 (B) The Court is allowed to extend a specified time for good cause. Good causes include excusable neglect. Sever unexpected illness are included in the category of excusable neglect.

**Plaintiffs Health Status:** Plaintiff Thane Charman has been diagnosed with Chronic Fatigue Syndrome. Plaintiff has lived with this debilitating disease for the last six (6) years of his life. There is no cure or treatment for Chronic Fatigue Syndrome. For the last several weeks Plaintiff has been struggling with an episode of Chronic Fatigue. It has left the Plaintiff bedridden with fevers above 101 degrees. Plaintiff is still unwell.

**Request A:** The Court not dismiss Plaintiff's claims due to his ill health

RESPONSE TO ORDER TO SHOW CAUSE

**PART TWO:** Continuance to file Motion for Default Judgment.

**Status of Motion for Default Judgment:**

Plaintiff filed a Motion for Default Judgment on December 15, 2025 (ECF No.39).

**The Number of Previous Requests for Continuance:** Plaintiff has not made one prior request for extension of time to file Motion for Default Judgment.

**Whether the Requested Continuance Will Affect Other Case Management Deadlines**: The Court extending the deadline for Plaintiff to file a Motion for Default Judgment from November 21, 2025 to December 15, 2025 will not affect any other case management deadlines.

**Request B:** Plaintiff requests a Continuance so that the Motion for Default Judgment filed on December 15, 2025 is valid.

RESPONSE TO ORDER TO SHOW CAUSE

**Conclusion:**

Plaintiff struggles with the debilitating illness of Chronic Fatigue Syndrome. The disease leave the Plaintiff bedridden with profound fatigue. The foregoing requests are not being made for the purpose of delay, made in good faith and for the purpose if efficiency and judicial and party economy. As good cause exists not to dismiss Plaintiff's claims and to extend the time for Plaintiff to file a Motion for Default Judgment.

WEREFORE, Plaintiff respectfully requests that the court extend the date to file a Motion for Default to December 15, 2025.

Dated: December 15, 2025                              Plaintiff


                                         By: /S/ *Thane Charman*
                                             Thane Charman Pro Se

RESPONSE TO ORDER TO SHOW CAUSE

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing RESPONSE TO ORDER TO SHOW CAUSE served via USPS mail to Defendant Hameet Sethi at 5713 W Leiber Pl Glendale, AZ 85310.

Date: December 15, 2025                                              Plaintiff


                                                By: /S/ *Thane Charman*
                                                Thane Charman Pro Se

RESPONSE TO ORDER TO SHOW CAUSE