Print Form

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Thane Charman

**Plaintiff,**

**V.**

Hameet Sethi, An Individual; Does 1 through 10, Inclusive, And Each Of Them

**Defendant.**

**Civil Action No.** 23CV2046-WQH-JLB

## CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is entered in favor of Plaintiff and against Defendant in the amount of $23,527.00, which constitutes $23,000.00 in statutory damages and $527.00 in costs.

**Date:** 7/13/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**

By: s/ J. Petersen

J. Petersen, Deputy